UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: GERBER PRODUCTS COMPANY
BABY FOOD LITIGATION

| | |
|---|---|
| **This Document Relates To:** <br><br> **All Actions** | Master File No. 2:21-cv-01977-CCC-MF <br><br> HON. Claire C. Cecchi <br> Motion Return Date: June 7, 2021 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pending before this Court is a motion by plaintiff Jessica Moore in one of the above-captioned consolidated actions to transfer venue of the above-captioned actions to the Eastern District of Virginia, where several substantially similar putative class actions are pending. On May 21, 2021, defendant Gerber Products Company ("Gerber") filed in the Eastern District of Virginia a motion to transfer venue of the related Virginia actions to this District under the first-to-file rule and 28 U.S.C. § 1404(a). Gerber respectfully submits this Notice of Supplemental Authority to advise the Court that on June 28, 2021, the United States District Court for the Eastern District of Virginia issued the attached Order holding in abeyance all of the related putative class actions pending in the Eastern District of Virginia—including Gerber's motion to transfer venue of the Virginia actions to

this District—"until Judge Cecchi has adjudicated the pending District of New Jersey transfer motion[]." The court directed the parties "to notify the Court as soon as Judge Cecchi renders a decision, at which point the Court will lift the stay and rule on the outstanding motions to transfer pending in th[e] [Eastern District of Virginia]."

Dated June 29, 2021

                                          Respectfully submitted,

                                          KELLEY DRYE & WARREN LLP

                                          By: */s/ Geoffrey W. Castello*
                                                Geoffrey W. Castello

                                          Geoffrey W. Castello
                                          Glenn T. Graham
                                          One Jefferson Road, 2nd Floor
                                          Parsippany, NJ  07054
                                          T: (973) 503-5900
                                          F: (973) 503-5950
                                          gcastello@kelleydrye.com
                                          ggraham@kelleydrye.com

                                          Bryan A. Merryman
                                          (admitted *pro hac vice*)
                                          Catherine S. Simonsen
                                          (admitted *pro hac vice*)
                                          WHITE & CASE LLP
                                          555 Flower Street, Suite 2700
                                          Los Angeles, CA 90071-2433
                                          T: (213) 620-7700
                                          F: (213) 452-2329
                                          bmerryman@whitecase.com
                                          catherine.simonsen@whitecase.com

                                          Attorneys for Defendant